UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| | | | |
|---|---|---|---|
| Case No. | ED CV 11-1970 DSF (OPx) | Date | 3-14-12 |
| Title | Marcie Cusick v. Kohl's Department Stores, Inc., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|
| Debra Plato | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)  ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT ORDERS

On December 19, 2011, this Court issued its Order Setting Scheduling Conference. Pursuant to the Order, and to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Local Rules 16 and 26, the scheduling conference was set for March 19, 2012, at 11:00 a.m. and counsel were to confer and to file with the Court, no later than seven days before the scheduling conference, a Joint Rule 26(f) Report.  No Report has been filed.

The date previously set for the scheduling conference is vacated.  Plaintiff is ordered to show cause in writing no later than **March 20, 2012**, why this action should not be dismissed, and why sanctions should not be imposed pursuant to Local Rule 83-7, for Plaintiff's failure to prosecute this action and failure to comply with the Court's order and the Federal Rules of Civil Procedure.  A hearing on this Order to Show Cause is set for **March 26, 2012, at 11:00 a.m.**

The filing of a Joint Rule 26(f) Report no later than **March 20, 2012**, and attendance of lead counsel at the Order to Show Cause hearing, shall be deemed a sufficient response to this Order to Show Cause.  If counsel timely file a Joint 26(f) Report, a scheduling conference will be held in lieu of the hearing on the Order to Show Cause.  Counsel are reminded that paper Chambers copies must be delivered pursuant to this Court's General Orders and the Local Rules.  Counsel are further reminded to review carefully the General Orders and Local Rules for this district and all of this Court's

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

standing orders.

If no response is filed, this action will be dismissed.

IT IS SO ORDERED.