UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| | | | |
|---|---|---|---|
| Case No. | ED CV 11-1970 DSF (OPx) | Date | 3-21-12 |
| Title | Marcie Cusick v. Kohl's Department Stores, Inc., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) SECOND ORDER TO SHOW CAUSE RE SANCTIONS FOR FAILURE TO COMPLY WITH COURT ORDERS

On December 19, 2011, this Court issued its Order Setting Scheduling Conference. Pursuant to the Order, and to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Local Rules 16 and 26, the scheduling conference was set for March 19, 2012, at 11:00 a.m. and counsel were to confer and to file with the Court, no later than seven days before the scheduling conference, a Joint Rule 26(f) Report. No Report was filed.

The date previously set for the scheduling conference was vacated. Plaintiff was ordered to show cause in writing no later than March 20, 2012, why this action should not be dismissed, and why sanctions should not be imposed pursuant to Local Rule 83-7, for Plaintiff's failure to prosecute this action and failure to comply with the Court's order and the Federal Rules of Civil Procedure. A hearing on the Order to Show Cause was set for March 26, 2012, at 11:00 a.m. The Court advised that the filing of a Joint Rule 26(f) Report no later than March 20, 2012, and attendance of lead counsel at the Order to Show Cause hearing, shall be deemed a sufficient response to this Order to Show Cause. It further advised that if counsel timely filed a Joint 26(f) Report, a scheduling conference would be held in lieu of the hearing on the Order to Show Cause.

A Joint Report was filed on March 19, 2012. Despite this Court's previous Order to Show Cause, however, the Report filed fails in numerous respects to comply with the Court's Scheduling Order. Among other things, it fails to provide a number of the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

required items of information, and it fails to attach the required timetable.

The date previously set for the scheduling conference is once again vacated. Plaintiff is ordered to show cause in writing no later than **March 30**, why sanctions should not be imposed pursuant to Local Rule 83-7, for Plaintiff's repeated failures to comply with the Court's order. A hearing on this Order to Show Cause is set for **April 9, 2012, at 11:00 a.m.**

The filing of a Joint Rule 26(f) Report no later than **March 30, 2012**, and attendance of lead counsel at the Order to Show Cause hearing, shall be deemed a sufficient response to this Order to Show Cause. If counsel timely file a **complete** Joint 26(f) Report, a scheduling conference will be held in lieu of the hearing on the Order to Show Cause. If counsel file a report in which they agree on all dates required by the timetable, the matter will be taken off calendar and the Court will issue a trial order.

Counsel are reminded that paper Chambers copies must be delivered pursuant to this Court's General Orders and the Local Rules. Counsel are further reminded to review carefully the General Orders and Local Rules for this district and all of this Court's standing orders.

If no response is filed, this action will be dismissed or sanctions will be imposed.

IT IS SO ORDERED.